# Court of Appeals
# of the State of Georgia

ATLANTA,  May 06, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0429. DECK PRO, INC. v. JOY RENEE RUCKS.**

In this civil action, the trial court entered a final judgment in favor of plaintiff Joy Rucks on her claim for breach of contract on November 13, 2019. Defendant Deck Pro, Inc. filed a notice of appeal on December 16, 2019. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Deck Pro's notice of appeal was untimely filed 33 days after entry of the order it seeks to appeal.[1] Consequently, we lack jurisdiction over this untimely appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/06/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Deck Pro's assertion in its notice of appeal that the thirtieth day after November 13, 2019, fell on Saturday, December 14, 2019, is misplaced. The thirtieth day fell on Friday, December 13, 2019. See OCGA § 1-3-1 (d) (3).